No. 83–1620. FIRST NATIONAL BANK OF ATLANTA, AS SUCCESSOR IN INTEREST TO FIRST NATIONAL BANK OF CARTERSVILLE, GEORGIA *v.* BARTOW COUNTY BOARD OF TAX ASSESSORS ET AL. Sup. Ct. Ga. [Probable jurisdiction noted, *ante,* p. 1214.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–1747 (A–935). TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE *v.* ROSE. C. A. 6th Cir. Motion to vacate the stay entered by JUSTICE O'CONNOR [466 U. S. 1301] denied.

No. 83–1840. BERTHELOT *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner to compel the transmission of presentence report denied.

No. 83–1959. EKLUND *v.* UNITED STATES; and MARTIN *v.* UNITED STATES. C. A. 8th Cir.; and

No. 83–1961. LANDRETH TIMBER CO. *v.* LANDRETH ET AL. C. A. 9th Cir. Motions of petitioners to expedite consideration of the petitions for writs of certiorari denied.

No. 83–5424. AKE *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 465 U. S. 1099.] Motions of Office of the Public Defender of Oklahoma County, Oklahoma, et al. and National Legal Aid and Defender Association et al. for leave to file briefs as *amici curiae* granted.